From: Charles Bunton
Allred #1143771
2101 FM 369 North
Iowa Park, TX 76367

60,852-08

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 09 2015

Abel Acosta, Clerk

June 2, 2015

To: Court of Criminal Appeals of Texas
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Dear Clerk:

I was wrongly convicted through a wrongly-affirmed conviction. The 3rd Court of Appeals wrongly-affirmed my conviction on direct appeal when it affirmed a state jail felony conviction because I stood convicted of a Third Degree Felony at the time of its decision. Instead of the 3rd Court of Appeals reviewing my Third Degree Felony Conviction, it reviewed and affirmed the prosecutors reasoning and legal strategy in the case. The Judgment and Conviction in my case if for a Third Degree Felony — not a state jail felony — which it was wrongly affirmed as.

I am being held in prison under a wrongly affirmed conviction. The entire appellate proceeding was lacking subject-matter jurisdiction from the very beginning — the Judgment affirming a state jail felony conviction is void for lack of subject-matter jurisdiction to adjudicate a state jail felony that is not a part of my Judgment and Sentence. Please forward this letter to the Judges of this Court. Thank you.

Sincerely, Charles Bunton — wrongfully convicted/wrongly affirmed conviction.